## United States District Court
### EASTERN DISTRICT OF CALIFORNIA


FILED
APR 01 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:14-CR-00257-LJO-SKO-1
Felipe Andres Barajas )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Felipe Andres Barajas__, have discussed with __Amaryllis Gonzalez__, Pretrial Services Officer, removal of the following release conditions:

1. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

2. **CURFEW:** You shall remain inside your residence every day from 8:00 PM to 6:00 AM.

3. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  04-01-2016   _____  4-1-16
Signature of Defendant       Date          Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____ /kAJ              4-1-16
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   4/1/16
Signature of Defense Counsel                Date

### ORDER OF THE COURT
☒ The above modification of conditions of release is ordered, to be effective on __4/1/16__.
☐ The above modification of conditions of release is *not* ordered.

_____                   4/1/16
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services